NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of V.A. and J.G.,
children.

_____

S.H.,

       Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

       Respondents.

_____

Case No. 2D18-4386

Opinion filed February 1, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Sarasota County; Thomas W.
Krug and Rochelle T. Curley, Judges.

Julia A. Fletcher, Assistant Regional
Counsel, Fort Myers, for Petitioner.

Stephanie C. Zimmerman of Children's
Legal Services, Bradenton, for
Respondent Department of Children
and Families.

Thomasina Moore and Joanna Summers
Brunell, Tallahassee, for Respondent
Guardian ad Litem Program.

PER CURIAM.

       Denied.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.